U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 2 8 2006

ROBERT H. SHEMWELL, CLERK
BY_____ DEPUTY


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE/OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CIVIL ACTION NO. 06-116 |
| VERSIS | * | CHIEF JUDGE HAIK |
| JOSEPH NARCISSE, JR. | * | MAGISTRATE JUDGE SHEMWELL |

## JUDGMENT

The defendant, having been duly served, more than the required number of days having elapsed, and having failed to plead or otherwise defend, default having been heretofore entered, due proof being made, the law and evidence being in favor hereof;

IT IS ORDERED, ADJUDGED and DECREED that there be judgment in favor of the plaintiff, United States of America, and against the defendant, JOSEPH NARCISSE, JR., as follows:

1.  Unpaid principal balance after all payments received                $3,120.40

    Accrued interest as of January 11, 2006
    at the rate of 6.65% plus any
    penalty and/or admin charges                                        1,135.48

    Plus interest at 6.65% from
    January 11, 2006 to date of Judgment

    Plus post-judgment interest at the
    rate pursuant to 28 U.S.C. §1961(a)
    to be compounded annually;

2.  Unpaid principal balance after all         $2,814.73
    payments received

    Accrued interest as of January 11, 2006
    at the rate of 6.25% plus any
    penalty and/or admin charges              890.93

    Plus interest at 6.65% from
    January 11, 2006 to date of Judgment

    Plus post-judgment interest at the
    rate pursuant to 28 U.S.C. §1961(a)
    to be compounded annually.

    IT IS FURTHER ORDERED, ADJUDGED and DECREED that the defendant pay all costs of this proceeding , including the filing fees allowed pursuant to 28 U.S.C. 2412(a)(2).

    Shreveport, Louisiana, this the 28th day of April, 2006.

    _____
    CLERK OF COURT